167 A.3d 648

WILLIAM J. BRENNAN, PLAINTIFF–PETITIONER, v. BERGEN COUNTY PROSECUTOR'S OFFICE, FRANK PUCCIO, CUSTODIAN OF RECORDS FOR THE BERGEN COUNTY PROSECUTOR'S OFFICE, DEFENDANTS–RESPONDENTS.

May 5, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005440–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is granted.

167 A.3d 649

GLEN S. FRICK, PLAINTIFF–PETITIONER, v. SHARI J. FRICK, DEFENDANT–RESPONDENT.

May 5, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002744–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.